UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

WALTER MACDONOUGH,
     Plaintiff,                CASE NO.:

vs.

CREDIT PROTECTION ASSOCIATION, L.P.,
     Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW, Plaintiff, WALTER MACDONOUGH [hereinafter Plaintiff] by and through undersigned counsel, and sue Defendant, CREDIT PROTECTION ASSOCIATION, L.P. [hereinafter Defendant], and allege:

### JURISDICTION

1.     Jurisdiction of this Court arises under 28 US.C. § 1331 and pursuant to 15 US.C. §1692k (d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.     This action arises out of repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and the Florida Consumer Collection Practices Act (FCCPA) by the Defendant and its agents in their illegal efforts to collect a consumer debt from Plaintiff.

3.     Venue is proper in the Plaintiff resides in Palm Beach County, Florida and the Defendant conducted business in Palm Beach County, Florida.

## PARTIES

4.     Plaintiff is a natural person who resides in Palm Beach County, Florida and is a "consumer" as that term is defined by 15 U.S.C. § 1692a (3).

5.     Defendant is a collection agency doing business in Palm Beach County, Florida and is at all times mentioned in this complaint, a "collector" as defined by 15 U.S.C. §1692a (6).

## FACTS COMMON TO ALL COUNTS

6.     The Plaintiff allegedly incurred a "debt" to Comcast for a home cable service and equipment which is a consumer debt as that term is defined by 15 U.S.C. § 1692a (5) and Section 559.55(1), Fla. Stat. That debt was later transferred or assigned to the Defendant, Credit Protection association, L.P. for the purpose of collection.

7.     Mr. McDonough closed his account with Comcast in May 2013 with no balance owed.

8.     On April 15, 2013, the Defendant mailed him a collection notice for the amount of $681.52. (Attached as Exhibit A.)

9.     On April 22, 2013, the Plaintiff mailed a letter to the Defendant explaining that he had contacted Comcast and confirmed that he did not owe Comcast and in fact had a credit on his account. This letter constituted a request for validation and a refusal to pay the debt. (Attached as Exhibit B.)

10.     Despite being on notice that the amount was disputed, that the debt was not owed and the Plaintiff refused to pay, the Defendant sent another collection letter on May 24, 2013. (Attached as Exhibit C.)

11.     On June 2, 2013 the Plaintiff responded to the second collection letter and he again explained to the Defendant that Comcast actually owed the Plaintiff money and if the

collection efforts continued he would contact the State of Florida. (Attached as Exhibit D.)

12. Despite being on notice the debt was disputed and not owed, the Defendant sent a third collection notice on September 12, 2013, entitled "NOTICE OF REPORT TO CREDIT BUREAUS." Now the collection letter stated the amount due of $1,631.51 which was an increase from the original amount demanded of $681.52. (Attached as Exhibit E.)

13. Only after the Plaintiff filed a complaint with the Division of Consumer Finance for the state of Florida, (attached as Exhibit F) did the Defendant finally closed its collection efforts, and admitted that the "**account was reported in error**" in its response letter to the Division of Consumer Finance. (Attached as Exhibit G.)

14. The above-detailed conduct by the Defendant of harassing the Plaintiff in an effort to collect a consumer debt was a violation of numerous and multiple provisions of the FDCPA and FCCPA, including but not limited to all of the above mentioned provisions of the FDCPA and resulted in actual damages to the Plaintiff.

15. Defendant's illegal abusive collection communications as more fully described above were the direct and proximate cause of emotional distress on the part of Plaintiff and caused him unnecessary personal strain in her relationship with her family members.

16. Plaintiff has suffered actual damages as a result of these illegal collection communications by the Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

## COUNT ONE:
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17.     The Defendant is a debt collector as defined by the Fair Debt Collection Practices Act (FDCPA). § 15 USC 1692 803(6) The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

18.     The foregoing acts and omissions of Defendant and their agents by continuing to collect on a debt that was not owed and did not cease collection efforts until the debt was validated constitute numerous and multiple violations of the FDCPA including but not limited to 15 U.S.C § 1692d, (Any conduct the natural consequence of which is to harass, oppress, or abuse any person); 15 U.S.C § 1692e, (Any false, deceptive, or misleading representation or means in connection with the debt collection);, 15 U.S.C § 1692e(2) misrepresented the legal status of the debt, 15 U.S.C § 1692c(c) continued to contact the consumer after the consumer's refusal to pay, and 15 U.S.C § 1692g(b) did not cease collection efforts until debt was validated.

19.     As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k (a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)( A): and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

## COUNT TWO:

## FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATION

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20.    This is an action for damages for violation of the "Florida Consumer Collection Practices Act." (Fla. Stat. §§559.55 to 559.785).

21.    By continuing to collect on a debt that it knew was not owed, Defendant has violated the FCCPA by:

   a. … willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family; Fla. Stat. §559.72(7);

   b. Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist. Fla. Stat. §559.72(9);

22.    As a direct and proximate result of Defendant's actions, Plaintiffs have sustained damages as defined by Fla. Stat. §559.77 including, but not limited to, emotional distress and fear, embarrassment, damage to his reputation and credit worthiness, and other damages. These damages have been incurred and will continue to be incurred in the future.

23.    Plaintiff has retained the undersigned attorney for the purposes of pursing this matter against Defendant and is obligated to pay said attorney a reasonable fee for his services. The Florida Consumer Collection Practices Act, Fla. Stat. §559.77(2), provides for an award of attorney's fees should Plaintiffs prevail in this matter.

WHEREFORE, Plaintiff, demands judgment against Defendant for damages, injunctive relief, punitive damages, attorney's fees, costs, interest, and such other relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

**MAX STORY, P.A.**

MAX STORY, ESQ.
Florida Bar No. 527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Telephone: (904) 372-4109
max@maxstorylaw.com
Attorney for Plaintiff

# COLLECTION NOTICE
**CREDIT PROTECTION ASSOC. L.P.**
A NATIONWIDE COLLECTIONS COMPANY

## AVISO IMPORTANTE DE COBRO

April 15, 2013
01-001318
8495600031327333
01716166064
Walter MacDonough

Service balance: $681.52
Equipment at: $950.00
Total Amount Due: $1,631.52

*Exhibit A*

7121-0120

01716166064

#BWNFMBY ********** SCH 3-DIGIT 334
#01716166064#

Walter MacDonough
Apt 706
356 Golfview Rd
North Palm Beac, FL 33408-3553

Remit to:

Comcast
Po Box 530099
Atlanta GA 30353-0099

84956000313273330l631522

FOLD TEAR AND RETURN ABOVE PORTION WITH YOUR PAYMENT
**ALWAYS PROTECT YOUR CREDIT RATING**

7121-0120

April 15, 2013

Dear Walter MacDonough:

Be advised that your unpaid service balance has been turned over for collections and requires your attention.

## Service Amount Due: $681.52
Original Creditor: Comcast
CPA Reference #: 01716166064

## For information about your account, visit www.paycpa.com

* Pay online at: www.paycpa.com
* Call 888-745-3191 to pay by phone
* Mail payment in the enclosed envelope with the stub above

Comcast has also reported that there are 3 piece(s) of unreturned cable equipment on your account. Please visit www.comcast.com or call 1-800-COMCAST for convenient return locations.

We look forward to assisting you in resolving this debt. Thank you for your prompt attention.
If making payment by cash, please visit your local Comcast Office.

*Rec 4/22 — Called Comcast.*
*Transfered to — CR. Deposit — Acc. Pd in Full / CR Balance*
*No Idea of Credit Notice*

Get 30 more days to pay your bill
Just go to billfloat.com/cpa
We've partnered with **billfloat**



**Please see reverse side for important information!**

ACA
INTERNATIONAL
The Association of Credit
and Collections Professionals
Member



# THIS IS AN ATTEMPT TO COLLECT A DEBT

**We accept:**
* All major credit and debit cards
* Checks
* MoneyGram Express Payments #5040
* Money Orders

© 1977-2013 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

#1

Walter R McDonough
356 Golfview Road  #706
North Palm Beach , FL  33408

Exhibit B

April 22,2013

Credit Protection Association L.P.
13355 Noel Road
Dallas, Texas  75240

Your collection notice of 4/15/2013 is in error.
I contacted Comcast and in fact I have a credit Balance and do
Not owe $1631.52

Kindly correct your file.

Walter R McDonough

Walter R McDonough

#2

# COLLECTION NOTICE

## CREDIT PROTECTION

*AVISO IMPORTANTE DE COBRO*

A NATIONWIDE COLLECTIONS COMPANY

---

May 24, 2013
01-001318
8495600031327333
01716166064
Walter MacDonough

Service balance:     $681.52
Equipment at:        $950.00
Total Amount Due:    $1,631.52

7122-0120

*Exhibit C*

01716166064

#BWNFMBY **********SCH 3-DIGIT 334
#01716166064#

Remit to:

Walter MacDonough
Apt 706
356 Golfview Rd
North Palm Beac, FL  33408-3553

Comcast
Po Box 530099
Atlanta GA  30353-0099

84956000313273330163152 2

---

FOLD TEAR AND RETURN ABOVE PORTION WITH YOUR PAYMENT
**ALWAYS PROTECT YOUR CREDIT RATING**

May 24, 2013                                                                                  7122-0120

Dear Walter MacDonough:

Be advised that your unpaid service balance has been turned over for collections and requires your attention.

## SECOND NOTICE - Service Amount Due:  $681.52
### Original Creditor:  Comcast

### CPA Reference #: 01716166064
## For information about your account, visit www.paycpa.com

* Pay online at: www.paycpa.com
* Call 888-745-3191 to pay by phone
* Mail payment in the enclosed envelope with the stub above

The thirty (30) day validation period discussed in our first letter will pass in the next three (3) weeks. If you do not seek validation within this timeframe, this debt will be assumed to be valid and your account can be reported to the credit bureaus nationwide.

Comcast has also reported that there are 3 piece(s) of unreturned cable equipment on your account.
Please visit www.comcast.com or call 1-800-COMCAST for convenient return locations.
If making payment by cash, please visit your local Comcast Office.

Get 30 more days to pay your bill
*Just go to billfloat.com/cpa*
We've partnered with **billfloat**


ACA
INTERNATIONAL
The Association of Credit
and Collections Professionals
*Member*

**Please see reverse side for important information!**



---

# THIS IS AN ATTEMPT TO COLLECT A DEBT

**We accept:**
* All major credit and debit cards
* Checks
* MoneyGram Express Payments #5040
* Money Orders

© 1977-2013 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX  75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

#3

Walter R. McDonough
356 Golfview Road  # 706
North Palm Beach, FL  33408

Exhibit D

June 2,2013

Credit Protection Association  L.P.
13355 Noel Rd.
Dallas, Texas  75240

Apparently you chose to ignore my letter dated 4/22//2013. In it I explained that
Comcast owes me a small refund and has no knowledge of a  Equipment charge of
$950.00 or Service balance of $681.52.

Any further attempts to collect will be sent to the State of Florida Fraud Department


Walter  R.McDonough

*Walter M Dnough* (signature)

#4

# COLLECTION NOTICE
**CREDIT PROTECTION L.P.**
A NATIONWIDE COLLECTIONS COMPANY

### AVISO IMPORTANTE DE COBRO

September 12, 2013
01-001318
8495600031327333
01716166064
Walter MacDonough

| | | |
|---|---|---|
| Service balance: | $681.52 | |
| Equipment at: | $950.00 | |
| Total Amount Due: | $1,631.52 | |

**PLEASE RETURN AT ONCE**

Remit to *Exhibit E*

```
0171616664
4106-0127
```

#BWNFMBY ********** SCH 3-DIGIT 334
#01716166064#

Walter MacDonough
Apt 706
356 Golfview Rd
North Palm Beac, FL 33408-3553

Comcast
Po Box 530099
Atlanta GA 30353-0099

8495600031327333301631522

FOLD TEAR AND RETURN TOP PORTION WITH YOUR PAYMENT

# NOTICE OF REPORT TO CREDIT BUREAUS

**Creditor:** Comcast
**Account #:** 01-001318-8495600031327333-00
**Reference #:** 01716166064

**Toll Free** (800) 255-6775
**Balance Due:** $1,631.52
4106-0127

September 12, 2013

Dear Walter MacDonough:

We have contacted you previously without success. Be advised that we have referred your name, address and the amount due of $1,631.52, which may include non-returned equipment, to major national credit reporting bureaus throughout the United States.

This information will have a serious impact on your credit nationwide and may prevent you from obtaining credit for as long as seven (7) years. When you incurred this debt, you assumed responsibility to pay this account.

Your full payment forwarded directly to Comcast within fourteen (14) days from the date of this notice will enable us to forward this information to the credit bureaus that this debt has been paid.

PAGUE OPCIÓN * LLAME 1-800-418-8144 * ENVÍE MONEYGRAM

OFFICIAL COLLECTION NOTICE



**ACA**
INTERNATIONAL
The Association of Credit
and Collections Professionals.
Member

Get 30 more days to pay your bill
*Just go to* billfloat.com/cpa
We've partnered with **billfloat**



**Please see reverse side for important information!**

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

© 1977-2013 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240

#5



# Office of the Attorney General

Please return completed consumer contact form to:     9/30/13
Office of Attorney General Pam Bondi
State of Florida                                      Exhibit F
PL-01, The Capitol
Tallahassee, Florida 32399-1050

The contact information MUST be provided as we correspond via U.S. mail. Incomplete forms cannot be processed. PLEASE WRITE LEGIBLY. Only one business per complaint form.

| Person Making Complaint: | Complaint is Against: |
|---|---|
| Miss/Ms.<br>Mrs./Mr. _McDonough  Walter  R._<br>Last Name, First Name, Middle Initial | _Credit Protection Association L.P._<br>Name/Firm/Company |
| _356 Golfview Road #706_<br>Mailing Address | _13355 Noel Rd_<br>Mailing Address |
| _North Palm Beach_<br>City, County | _Dallas_<br>City, County |
| _FL      33408_<br>State, Zip Code | _Texas      75240_<br>State, Zip Code |
| _561 - 627 - 7310_<br>Home & Business Phone, including Area Code | (?) _1-800- Comcast_ 255 6775 (?)<br>Business Phone, including Area Code |
| _wmd491@gmail.com_<br>Email Address | _www.paycpa.com_<br>Business Email or Web Address |

Product or Service involved: _Comcast-TV/net_     — _Error_  Amount Paid: $ _0_

Date of Transaction: _None_     I was contacted by: ___ Telephone ___ Mail X Other

Have you retained an attorney?   ☐ Yes  ☒ No

Did you sign a contract or other papers, i.e. estimates, invoices, or other supporting documents?   ☐ Yes  ☒ No

If you filed complaints with any other governmental and/or consumer agencies about this matter, please list those agencies: _____

### (ATTACH COPIES.  DO NOT SEND ORIGINALS.)

Note:
1. All documents and attachments submitted with this complaint are subject to public inspection pursuant to Chapter 119, Florida Statutes.
2. Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s.775.083, or s.837.06 Florida Statutes.

Please indicate if you are over the age of 60. Penalties can be enhanced for victimizing senior citizens. Over 60  ☐ Yes  ☐ No

(PLEASE USE OTHER SIDE OF THIS FORM TO DESCRIBE YOUR COMPLAINT & ATTACH YOUR SIGNATURE)

Exhibit F

Please explain your complaint. Attach additional sheets, if necessary.

In April 2013 I received a Collection Notice
from C. P. A. Assoc. L. P. in the amount
of $1631.52. for Comcast.

Called Comcast 7/22, was told all Account/accounts
paid in full and in fact Had a Credit Balance.
They had no Knowledge of CPA trying to collect.

My Letter to Them dated 7/22 explained that.

Got a Second Notice dated 5/24/13 for
   Service Amount Due — $681.62
Sent a reply dated 6/2/13 Stating Comcast had Balance

September 29, 2013 received New demand for $1631.52 —
if not paid they will Contact Credit Reporting Bureaus —
Again, Comcast says Zero balance — I closed
the Account in May.

Attached Pages Numbered — #1 — #5

My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement.  I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies.  I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.

Signature: _Walter R McDonough_       Date: _9-30-13_

**IN ADDITION TO YOUR COMPLAINT DETAILS ABOVE, PLEASE IDENTIFY ANY PROHIBITED PRACTICES YOU BELIEVE MAY HAVE BEEN VIOLATED:**

| | | |
|---|---|---|
| ☐ The company pretended to be law enforcement or another governmental agency [559.72(1)] | ☐ The company used or threatened to use force or violence [559.72(2)] | ☐ The company called me at work/communicated with my employer after being told that I cannot take personal calls [559.72(4)] |
| ☐ The company told someone else about my debt [559.72(5)] | ☐ The company fails to send me written notice of the debt [559.72(6)] | ☐ Abusive/harassing phone calls (includes repeated calls) [559.72(7)] |
| ☐ Use of profane, obscene, vulgar, or willfully abusive language [559.72(8)] | ☐ The company threatened to have me arrested and/or have my possessions seized and/or to take me to court [559.72(9)] | ☐ The company impersonated an attorney or law office [559.72(10)] |
| ☐ The company fails to identify themselves when they call me [559.72(15)] | ☐ The company called me between 9 pm to 8 am (in my time zone) [559.72(17)] | ☐ Other |

Form OFR-CCA-103, Effective 10/25/11, Incorporated by Reference in Rule 69V-180.040, F.A.C.

CPA. LP
Credit Protection Association

$Exhibit\ G$

One Galleria Tower
13355 Noel Road
21st Floor
Dallas, Texas 75240
Tel 972.233.9614
800.800.6499
Fax 888.207.1819

November 4, 2013

Mr. Ken Mackenzie
Division of Consumer Finance
Bureau of Finance Regulation
200 East Gaines Street
Tallahassee, FL 32399-0376

Re:     Complaint Activity Number: 48410
        Walter McDonough

Dear Mr. Mackenzie,

In response to your prior correspondence, please be advised that CPA has
closed its collection file and ceased collection efforts with respect to the
foregoing account. Please be assured that this matter has been updated at the
credit bureau(s) as **account reported in error, please delete from credit
file.** Please advise the consumer to allow 2-3 weeks before requesting a
copy of his credit report.

Sincerely,

Vickie K. Grant

Vickie K. Grant
Executive Administrator

/vkg

Received On:

NOV 0 7 2013

Consumer Finance